**SO ORDERED.**

**SIGNED this 02 day of May, 2008.**



_____
Randy D. Doub
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE: Shelby D. Phillips SSN xxx-xx-0855      CASE NO. 07-03758-8-RDD
       Undray Phillips SSN xxx-xx-5271
       533 Occoneechee Neck Road
       Jackson, NC 27845
       Debtors

## CONSENT ORDER

THIS MATTER comes before the Court upon the Motion For Relief From Stay filed by Log Cabin Homes, Ltd. (hereinafter "Log Cabin"). Based upon the consent, stipulation and agreement of Log Cabin and the Debtors, the Court makes the following findings of fact and conclusions of law:

1. The matter is a core proceeding pursuant to 28 U.S.C. §157, and the Court has jurisdiction pursuant to 11 U.S.C. §§151, 157 and 1334. The Court has authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984 by the United States District Court for the Eastern District of North Carolina.

2. The Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on October 8, 2007.

3. Log Cabin is the holder of a debt instrument ("Note"), executed by the Debtors which is secured by a deed of trust executed by the Debtors that encumbers real property located at 533

Occoneechee Neck Road, Jackson, NC 27845 ("Collateral").

4. The Note requires the Debtors to make monthly payments to Log Cabin in the amount of $900.04. As of the date of this Order, post-petition payments for October, 2007 through March, 2008 have come due. Late charges in the amount of $54.00 are also due on the Note.

5. Log Cabin also force placed insurance on the property at a total cost of $841.68.

6. The total amount now due post-petition is $6,295.92.

7. Log Cabin filed a Motion for Relief from Stay dated February 1, 2008. Counsel for the Debtors was not properly served. An order lifting the Automatic Stay was entered on February 25, 2008. The parties hereto agree that the Order should be set aside.

8. The parties further agree that the automatic stay shall remain in full force and effect provided that the Debtors comply with the terms and conditions as described below.

NOW THEREFORE, IT IS HEREBY ORDERED AND DECREED THAT:

1. The Order entered by this Court dated February 25, 2008 is hereby set aside.

2. The automatic stay imposed by 11 U.S.C §362 shall remain in full force and effect provided that the Debtors comply with the following terms and conditions:

    a. Beginning with the payment due April 1, 2008, the Debtors shall resume making regular monthly payments directly to Log Cabin, with each payment being received by Log Cabin within 15 days of the date due.

    b. Beginning April 1, 2008 and continuing through September 1, 2008, the Debtors shall make an additional payment of $1,049.32 to Log Cabin to cure the post-petition arrearages, with each payment being received by Log Cabin within 15 days of the date due.

    c. All payments to Log Cabin shall be made in cash or by a check drawn upon an account containing sufficient funds for such check to be honored.

2. In the event that Debtors fail to meet or to perform any of the terms and conditions

recited herein at any time prior to April 30, 2009, the automatic stay shall be immediately modified without further notice or hearing to allow Log Cabin to institute and complete a foreclosure of the Collateral, and Log Cabin shall be protected pursuant to 11 U.S.C. §507(b).

3. Log Cabin shall be and hereby is allowed and additional secured claim in the amount of $500.00 to reimburse it for attorneys fees and expenses associated with this matter, with such claim to be paid through the Plan. The Plan shall be modified at the sole discretion of the Trustee to accommodate this additional claim.

4. The provisions of Bankruptcy Rule 4001 (a)(3) are waived and the Order shall be in full force and effect upon entry by this Court.

**CONSENTED TO:**

_____
MICHAEL P. PEAVEY
Attorney for the Debtors
NC State Bar No. 6330
P. O. Box 1115
Wilson, NC 27894-1115
Telephone: (252) 291-8020

_____
MATTHEW P. SPERATI
Attorney for Log Cabin Homes, Ltd.
NC State Bar No. 26763
P. O. Box 4307
Rocky Mount, NC 27803-4307
Telephone: (252) 977-1050

_____
ROBERT R. BROWNING
Chapter 13 Trustee

END OF DOCUMENT