UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE: Shelby D. Phillips SSN xxx-xx-0855　　　　　　　　CASE NO. 07-03758-8-RDD
　　　　Undray Phillips SSN xxx-xx-5271
　　　　533 Occoneechee Neck Road
　　　　Jackson, NC 27845
　　　　　　Debtors

## AFFIDAVIT OF DEFAULT

Jeff Brooks, being first duly sworn, deposes and says:

1. Affiant is an employee of Log Cabin Homes, Ltd., herein referred to as Movant, and is familiar with the obligations of Debtor to Movant with respect to which obligations Debtor was ordered to afford adequate protection to Movant by Consent Order signed May 2, 2008.

2. Debtor is in default in affording adequate protection to Movant under the Order because Debtor has not paid to Movant the October through December, 2007, and the January through May, 2008, regular and post-petition payments for a total of $7,488.32 as required by said Consent Order. In addition, it has been necessary for Log Cabin Homes, Ltd. to force place insurance on the subject property at a cost of $841.68.

3. Under the terms of said Consent Order, the automatic stay is lifted, and Movant files this affidavit with the Court stating the nature of default and mailing a copy to Debtor and Debtor's attorney so Movant may resume the foreclosure proceeding upon the deed of trust described in the Consent Order.

This the 7th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Jeff Brooks

Sworn to and subscribed before me
this the 7th day of May, 2008.

_____
Notary Public

My commission expires: 10-25-2012

```
CAROL L. LUCAS
NOTARY PUBLIC
NASH COUNTY, NC
```

# CERTIFICATE OF SERVICE

I, Matthew P. Sperati, of P. O. Box 4307, Rocky Mount, North Carolina 27803-4307, certify that I am and at all times hereinafter mentioned was more than eighteen (18) years of age; that on this day, I served copies of the foregoing Affidavit of Default by mailing copies, first class mail, postage prepaid, to the following parties:

> Shelby Phillips
> Undray Phillips
> 533 Occoneechee Neck Road
> Jackson, NC 27845
>
> Robert R. Browning, Esq.
> Chapter 13 Trustee
> P. O. Box 8248
> Greenville, NC 27835
>
> Michael P. Peavey
> Attorney for Debtor
> P. O. Box 1115
> Wilson, NC 27894-1115
>
> Thomas J. Vesce
> Log Cabin Homes, Ltd
> P. O. Box 1457
> Rocky Mount, NC 27802

This the 7th day of May, 2008.

_____
Matthew P. Sperati